IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO.: 5:02CR00034-001BO

UNITED STATES OF AMERICA,  )
                           )
            Plaintiff,     )
      v                    )
                           )      ORDER
JEVON ANTHONY WARD,        )
                           )
            Defendant.     )

UPON MOTION by the United States for an order authorizing payment from an Inmate trust account:

IT IS ORDERED that the Bureau of Prisons turn over to the Clerk of the United States District Court for the Eastern District of North Carolina all funds except $200.00 held in Jevon Anthony Ward's (register #19985-056) inmate trust account as payment for the criminal monetary penalties imposed in this case. Funds should be sent to:

U.S. District Court
P.O. Box 25670
Raleigh, NC 27611

The Clerk of Court shall accept and apply these funds as payment towards the criminal monetary penalties owed by the defendant.

SO ORDERED, this __1__ day of __September__, 2017.

Terrence Boyle
United States District Judge